**Motion Granted; Order filed June 15, 2018**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00442-CV
_____

### In the Interest of T.M.T., a Child

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2013-05601J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. The notice of appeal was filed May 25, 2018. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record in this case was due June 4, 2018. On June 7, 2018, this court granted an extension of time to file the record up to June 14, 2018 noting that no further extensions would be entertained absent exceptional circumstances. On June 14, 2018, the court reporter filed a motion seeking additional time to file the record.

We grant the motion and order Rachel Gamez, the court reporter, to file the record in this appeal **on or before June 22, 2018**. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Rachel Gamez does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM